UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEPREET SINGH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>VAHAN MANUKYAN, WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>　　　　Respondents. | No.  1:26-cv-00836-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>Docs. 1, 8 |

Petitioner Lovepreet Singh is an immigration detainee proceeding with a petition for writ of habeas corpus.  Doc. 1.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted, that respondents be ordered to immediately release petitioner from custody, and that respondents be enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.  Doc. 8.  The findings and recommendations were served on the parties and contained

1

notice that any objections to the findings and recommendations were to be filed within ten days of service. *Id.* at 3.

On February 20, 2026, respondents filed a two-sentence objection, objecting "[f]or the reasons set forth in Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus and Response to Petition for Writ of Habeas Corpus," and submitting the matter on the previously filed pleadings. Doc. 9.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 12, 2026, Doc. 8, are ADOPTED IN FULL;

2. The petition for writ of habeas corpus is GRANTED;

3. Respondents are ORDERED to release petitioner immediately;

4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified; and

5. The Clerk of Court is directed to enter judgment for petitioner and close the case.

IT IS SO ORDERED.

Dated:    February 22, 2026

_____
UNITED STATES DISTRICT JUDGE

2